## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher B Baker            CHAPTER 13
         Sherry L Baker

             Debtor(s)            BKY. NO. 22-12944 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

            Respectfully submitted,

            /s/ **Mark A. Cronin**
            Mark Cronin
            05 Dec 2023, 08:58:22, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322