United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12944-amc |
| Christopher B Baker | Chapter 13 |
| Sherry L Baker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14747516 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 20 2024 23:51:00 | | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165.0250 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor DLJ Mortgage Capital Inc djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DLJ Mortgage Capital Inc bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor DLJ Mortgage Capital Inc mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Sherry L Baker support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |

PAUL H. YOUNG
on behalf of Debtor Christopher B Baker support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com

STEVEN K. EISENBERG
on behalf of Creditor DLJ Mortgage Capital  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 22-12944-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher B Baker
102 Red Cedar Drive
Levittown PA 19055

Sherry L Baker
102 Red Cedar Drive
Levittown PA 19055

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/20/2024.

Name and Address of Alleged Transferor(s):

Claim No. 17: DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165.0250

Name and Address of Transferee:

U.S. BANK TRUST NATIONAL ASSOCIATION
SELENE FINANCE LP
ATTN: BK DEPT
3501 OLYMPUS BLVD, SUITE 500
DALLAS, TX 75019

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/24

Tim McGrath
**CLERK OF THE COURT**