**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: CHRISTOPHER B. BAKER | : | CHAPTER 13 |
| SHERRY L. BAKER | : | |
| Debtor | : | BANKRUPTCY NO. 22-12944AMC |

**ORDER**

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for Selene Finance, LP as servicer for U.S. Bank Trust, National Association, it is hereby **ORDERED** and **DECREED** that the Motion to Vacate the Order Granting Relief to to Selene Finance, LP as servicer for U.S. Bank Trust, National Association is hereby Granted.

The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

Date: March 13, 2025

ASHELY M. CHAN
CHIEF JUDGE, U.S. BANKRUPTCY COURT