## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHRISTOPHER B. BAKER : <br> SHERRY L. BAKER : <br> Debtors : <br> : <br> SELENE FINANCE, LP, as servicer for : <br> U.S. Bank Trust National Association : <br> Not in Its Individual Capacity But Solely as: <br> Owner Trustee for RCAF Acquisition Trust: <br> Movant : <br> v. : <br> : <br> CHRISTOPHER B. BAKER : <br> SHERRY L. BAKER : <br> : <br> KENNETH E. WEST : <br> : <br> Respondents : | Chapter 13 <br><br> Bankruptcy No. 22-12944amc |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the foregoing stipulation of the parties, it is hereby:

ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: March 18, 2025**

BY THE COURT:

_____
ASHELY M. CHAN
Chief, United States Bankruptcy Judge