U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   CHRISTOPHER B. BAKER         :        CHAPTER 13
       SHERRY L. BAKER               :
       Debtor(s)                              :        BANKRUPTCY NO. 22-12944

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Michael V. Murphy, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner For RCAF Acquisition Trust** on August 13, 2025. Debtors believe they can become current on all post-petition payments due under the March 11, 2025 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: August 15, 2025