# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHRISTOPHER B. BAKER  : CHAPTER 13
SHERRY L. BAKER  :
Debtor(s)  : BANKRUPTCY NO. 22-12944AMC

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 53, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #55 ) is **approved**.

Date: Sept. 16, 2025

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE