United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-12944-amc

Christopher B Baker                                                                      Chapter 13

Sherry L Baker

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                          Page 1 of 2

Date Rcvd: Sep 16, 2025                              Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christopher B Baker, Sherry L Baker, 102 Red Cedar Drive, Levittown, PA 19055-1404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor DLJ Mortgage Capital  Inc djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DLJ Mortgage Capital  Inc bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor DLJ Mortgage Capital  Inc mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com |

District/off: 0313-2                           User: admin                                    Page 2 of 2
Date Rcvd: Sep 16, 2025                        Form ID: pdf900                              Total Noticed: 1

PAUL H. YOUNG

on behalf of Joint Debtor Sherry L Baker support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Christopher B Baker support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST sdicks@raslg.com  shrdlaw@outlook.com

STEVEN K. EISENBERG

on behalf of Creditor DLJ Mortgage Capital  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **CHRISTOPHER B. BAKER**   :  **CHAPTER 13**
         **SHERRY L. BAKER**         :
         **Debtor(s)**             :  **BANKRUPTCY NO. 22-12944AMC**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter

13 Plan (docket # 53, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #55 )  is **approved**.

Date:  Sept. 16, 2025

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE