**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Christopher B. Baker,<br>     Debtor,<br><br>Sherry L Baker,<br>     Joint Debtor.<br><br>Selene Finance, LP as servicer for U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee for RCAF Acquisition Trust,<br>     Movant,<br>       v.<br>Christopher B. Baker,<br>Sherry L. Baker,<br>     Debtors/Respondents,<br><br>Kenneth E. West,<br>     Trustee/Additional Respondent. | Bankruptcy No. 22-12944-amc<br><br>Chapter 13 |

## PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor”), the undersigned hereby withdraws the following document:

**Certification of Default of Stipulation (Docket Entry No. 68), filed August 13, 2025.**

By: /s/Sherri R. Dicks
    SHERRI R. DICKS
    PA I.D.# 90600
    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    13010 Morris Rd, Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7113
    Email: sdicks@raslg.com
    Attorneys for Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2026, I caused to be electronically filed the foregoing with the Clerk of the United States Bankruptcy Court via the CM/ECF system, and also caused a true and correct copy to be served via First Class Mail, postage prepaid to the below Service List.

### Service List

Christopher B. Baker
102 Red Cedar Drive
Levittown, PA 19055

Sherry L. Baker
102 Red Cedar Drive
Levittown, PA 19055

PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

KENNETH E. WEST
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

FREDERIC J. BAKER
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/_Sherri R. Dicks_____
SHERRI R. DICKS