**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **CHRISTOPHER B. BAKER**          :   **CHAPTER 13**
       **SHERRY L. BAKER**               :
       **Debtor(s)**                    :   **BANKRUPTCY NO. 22-12944AMC**

**ORDER**

**AND NOW**, this 14th      day of  July      , 2026, upon consideration of Debtors'

Motion to Reconsider the Court Order Dismissing their Chapter 13 Bankruptcy Case, it is hereby

**ORDERED** and **DECREED** that the above case is **Reinstated.**  The Automatic Stay of

Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

_____
ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE