United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12944-amc |
| Christopher B Baker | Chapter 13 |
| Sherry L Baker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 15, 2026 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher B Baker, Sherry L Baker, 102 Red Cedar Drive, Levittown, PA 19055-1404 |
| 14747107 | + | Ally Bank c/o AIS Portfolio Services, LLC, Payment Processing Center, P.O. Box 78367, Phoenix AZ 85062-8367 |
| 14902692 | | Ally Bank c/o AIS Portfolio Services, LLC., Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 15128690 | + | Citibank, N.A., 4674 Houston Rd, Florence KY 41042-4820 |
| 14836631 | + | DLJ Mortgage Capital, Inc., c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14742021 | + | DLJ Mortgage Capital, Inc.., c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | DLJ Mortgage Capital, Inc, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | ^ | MEBN | Jul 16 2026 01:58:02 | DLJ Mortgage Capital, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14733427 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 16 2026 02:07:27 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14733632 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 16 2026 02:07:35 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14746773 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 16 2026 02:07:33 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14732878 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2026 01:59:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14732879 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2026 01:59:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14732880 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:07:34 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14732881 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:07:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14732882 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0313-2                          User: admin                                    Page 2 of 5

Date Rcvd: Jul 15, 2026                       Form ID: pdf900                                Total Noticed: 67

| | | Jul 16 2026 02:07:25 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14737107 | + Email/PDF: ebn_ais@aisinfo.com | Jul 16 2026 02:07:03 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14742765 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:06:57 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14732884 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:09 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14732883 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:27 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14746647 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:35 | Citibank, N.A, 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14746417 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14732885 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 02:00:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14732886 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 02:00:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 14732887 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 02:06:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14732888 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 02:06:59 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14836510 | ^ MEBN | Jul 16 2026 01:57:58 | DLJ Mortgage Capital, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14735476 | + Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | DLJ Mortgage Capital, Inc., c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14747516 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 16 2026 02:01:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165.0250 |
| 14747560 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 16 2026 02:01:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14742072 | Email/Text: mrdiscen@discover.com | Jul 16 2026 02:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14732890 | + Email/Text: mrdiscen@discover.com | Jul 16 2026 02:00:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14732889 | + Email/Text: mrdiscen@discover.com | Jul 16 2026 02:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14732891 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:06:58 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14732892 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:23 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 14732893 | + Email/Text: bankruptcy@huntington.com | Jul 16 2026 02:00:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14732894 | + Email/Text: bankruptcy@huntington.com | Jul 16 2026 02:00:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 14742377 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14732896 | + Email/Text: Documentfiling@lciinc.com | Jul 16 2026 02:00:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |

District/off: 0313-2      User: admin      Page 3 of 5

Date Rcvd: Jul 15, 2026      Form ID: pdf900      Total Noticed: 67

| ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14732895 | + | Email/Text: Documentfiling@lciinc.com | Jul 16 2026 02:00:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14737295 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 02:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14732898 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:06:59 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14732897 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:07:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14740555 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:06:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14733113 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14741971 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 02:00:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14735196 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14732900 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 16 2026 02:00:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14732899 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 16 2026 02:00:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14733187 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:07:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14733137 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:07:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732902 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:35 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14732903 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:06:58 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14733190 | + | Email/Text: bankruptcy@huntington.com | Jul 16 2026 02:00:00 | The Huntington National Bank, 5555 Cleveland Ave. GW4W25, Columbus OH 43231-4106 |
| 14733100 | + | Email/Text: bankruptcy@huntington.com | Jul 16 2026 02:00:00 | The Huntington National Bank, P O Box 89424, OPC856, Cleveland OH 44101-6424 |
| 14928799 | + | Email/Text: bkteam@selenefinance.com | Jul 16 2026 02:00:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, SUITE 500, DALLAS, TX 75019-6295 |
| 14933101 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15005508 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid,Crane & Par, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15005272 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14933028 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdf900 | Total Noticed: 67 |

| 14990265 | + Email/Text: bkteam@selenefinance.com | | |
|---|---|---|---|
| | | Jul 16 2026 02:00:00 | U.S. Bank Trust National Association, c/o Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14745769 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 16 2026 02:07:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14745995 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 16 2026 02:07:26 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14732904 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 16 2026 02:07:34 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 14732905 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 16 2026 02:07:00 | World's Foremost Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14732906 | + Email/Text: support@ymalaw.com | | |
| | | Jul 16 2026 02:00:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14732901 | | Syncb/walmart |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14742120 | *+ | DLJ Mortgage Capital, Inc., c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | |
| | on behalf of Creditor DLJ Mortgage Capital Inc djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor DLJ Mortgage Capital Inc bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | |

District/off: 0313-2                          User: admin                                    Page 5 of 5

Date Rcvd: Jul 15, 2026                       Form ID: pdf900                              Total Noticed: 67

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor DLJ Mortgage Capital  Inc mimcgowan@raslg.com

PAUL H. YOUNG

on behalf of Joint Debtor Sherry L Baker support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Christopher B Baker support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST shrdlaw@outlook.com  shrdlaw@outlook.com

SHERRI DICKS

on behalf of Creditor U.S. Bank Trust National Association shrdlaw@outlook.com  shrdlaw@outlook.com

STEVEN K. EISENBERG

on behalf of Creditor DLJ Mortgage Capital  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **CHRISTOPHER B. BAKER**        :   **CHAPTER 13**
      **SHERRY L. BAKER**              :
        Debtor(s)                        :   **BANKRUPTCY NO. 22-12944AMC**

**ORDER**

**AND NOW**, this 14th     day of  July      , 2026, upon consideration of Debtors'

Motion to Reconsider the Court Order Dismissing their Chapter 13 Bankruptcy Case, it is hereby

**ORDERED** and **DECREED** that the above case is **Reinstated.**  The Automatic Stay of

Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

_____
ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE